UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Mark Timothy Davies and Denise Carol Davies**
a/k/a dba Davies Contruction and Exteriors,    Case No. 11-80046
Denise Roberts Davies
S.S. Nos.: xxx-xx-4693 and xxx-xx-0398
Mailing Address: 514 College Drive, Raeford, NC 28376-

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on January 10, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: January 25, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

Date: 1/5/11
Lastname-SS#: Davies-4693

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Harley Davidson | 5 | Codebtor pays |
| | Rent A Center | | Contract |
| | Hoke County taxes | 7 | House & Lot |
| | City of Raeford Taxes | 2 | House & Lot |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Ocwen | 8 | $3,459 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | None |
| | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Ocwen | 8 | $849 | N/A | n/a | $849.00 | House & Lot |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | CitiFinancial | 1 | | 5.00 | | | Judgment Lien |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Ford Motor Credit Company | 3 | $9,746 | 5.00 | $97 | $194.04 | 2006 Ford Fusion |
| | Harley Davidson | 4 | $9,525 | 5.00 | $95 | $189.64 | 2007 Harley Davidson |
| | Harley Davidson | 6 | $5,425 | 5.00 | $54 | $108.01 | 2008 Harley Davidson |
| | Wells Fargo Auto Finance | 9 | $20,231 | 5.00 | $202 | $402.80 | 2007 Dodge Ram 2500 |
| | | | | 5.00 | | | |

## ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

## SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $1,131 |

## UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $708 |
| State Taxes | |
| Personal Property Taxes | $553 |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

## GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= $3,971 | $58,751 |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$2,992** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **0.99** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE    (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

## Other Miscellaneous Provisions
Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

Case 11-80046   Doc 1   Filed 01/10/11   Page 37 of 80

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Credbursrv

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

ABC Supply Company
301 Perimeter Point Boulevard
Winston Salem, NC 27105-3543

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402-6140

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Absolute Collection Service
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Crown Ford
256 Swain Street
Fayetteville, NC 28303

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Aegis Mortgage
9990 Richmond Avenue
#400
Houston, TX 77042

Mark D. Davies
1697 Calloway Road
Raeford, NC 28376

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Capital One
Post Office Box 30285
Salt Lake City, UT 84130-0285

ECMC
Post Office Box 419035
Rancho Cordova, CA 95741-9035

Experian
P.O. Box 2002
Allen, TX 75013-2002

Capital One
Post Office Box 85167
Richmond, VA 23285-5167

Firsthealth of the Carolinas
c/o Moore Regional Hospital
Post Office Box 3000
Pinehurst, NC 28374-3000

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Citi
Post Office Box 653095
Dallas, TX 75265

Firstpoint Collection Resources In
Post Office Box 26140
Greensboro, NC 27402-6140

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

CitiFinancial
Attn: Managing Agent
5075 Morganton Road
Suite 9B
Fayetteville, NC 28314

Ford Motor Credit Company
Attn: Managing Agent
Post Office Box 689007
Franklin, TN 37068-9007

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

City of Raeford Tax Collector
315 North Main Street
Raeford, NC 28376

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

Harley Davidson Credit
Attn: Managing Agent
Post Office Box 22048
Carson City, NV 89721-2048

Harley-Davidson Credit
Attn: Managing Agent
Post Office Box 22048
Carson City, NV 89721-2048

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

HomeQSR
Post Office Box 13716
Sacramento, CA 95853

HSBC
Post Office Box 52530
Carol Stream, IL 60196

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Litton Mortgage
24 Greenway Plaza
#712
Houston, TX 77046-2408

Mark D. Davies
1697 Calloway Road
Raeford, NC 28376

NCO Financial Systems Inc.
Post Office Box 12100
Trenton, NJ 08650

Norandex Building Materials
178 East Mountain Drive
Fayetteville, NC 28306

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Ocwen Loan Servicing, LLC
Attn: Managing Agent
Post Office Box 785057
Orlando, FL 32878-5057

Orchard Bank
c/o HSBC Card Services
Post Office Box 81622
Salinas, CA 93912-1622

Paypal Buyer Credit
Post Office Box 981064
El Paso, TX 79998-1064

PCFS
4221 International Parkway
Atlanta, GA 30354

Pinehurst Dermatology, PA
185 Page Road
Suite A
Pinehurst Medical Center
Pinehurst, NC 28374

Rent A Center
191 Glensford Drive
Fayetteville, NC 28314

Sallie Mae
Post Office Box 9500
Wilkes Barre, PA 18773-9500

Sandhills Cycle Center
Post Office Box 4030
Pinehurst, NC 28374

Sandhills Emergency Physicians I
Post Office Box 48305
Jacksonville, FL 32247-8305

Sears
Post Office Box 6283
Sioux Falls, SD 57117-6283

Stern and Associates. PA
415 North Edgeworth Street
Suite #210
Greensboro, NC 27401

The Home Depot
Post Office Box 6497
Sioux Falls, SD 57117-6497

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Department of Education
Post Office Box 5202
Greenville, TX 75403-5202


US Department of Education
Post Office Box 13328
Richmond, VA 23225-0328


US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609


Wake Supply Company
Post Office Box 12138
Raleigh, NC 27605


Wells Fargo Auto Finance
Post Office Box 29704
Phoenix, AZ 85038-9704